IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Case No. CV 09 80100 MISC VRW

**ORDER TO SHOW CAUSE**

Alan Irving Moss - #68369

_____/

It appearing that Alan Irving Moss has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.21 of the California Rules of Court effective January 28, 2009 and Section 6007 of the Business and Professions Code effective January 31, 2009, and that pursuant to these provisions, he may not practice law in the State of California.

**IT IS SO ORDERED**

That respondent show cause in writing on or before June 16, 2009 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated: _____

VAUGHN R WALKER
United States District Chief Judge

Mailing Address:
Alan Irving Moss
Law Office of Alan Moss
921 Front Street, #220
San Francisco, CA 94111