FILED

JUL 28 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

Alan Irving Moss,

    State Bar No 68369

No CV 09 80100 MISC VRW

ORDER

    On May 11, 2009, the court issued an order to show cause (OSC) why Alan Irving Moss should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment by the State Bar pursuant to Rule 9.21 of the California Rules of Court and section 6007 of the Business and Professions Code, effective January 31, 2009.

    The OSC was mailed to Mr Moss' address of record with the State Bar on May 13, 2009, and was returned by the post office as unclaimed. Mr Moss did not file a response to the OSC.

    It has now been brought to the court's attention that Mr Moss has been disbarred by the State of California and not eligible to practice law in California effective June 25, 2010.

1  The court now once again orders Alan Irving Moss to show
2  cause in writing on or before August 20, 2010, why he should not be
3  removed from the roll of attorneys authorized to practice before this
4  court.  Mr Moss' failure timely to respond to the order to show cause
5  and to show cause shall be grounds for his removal from the list of
6  eligible attorneys without further proceedings.
7  IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

## UNITED STATES DISTRICT COURT

### FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

    Alan Irving Moss,

Case Number: CV09-80100   VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 28, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alan Irving Moss
PO Box 721
Moss Beach, CA 94038

Dated: July 28, 2010

                                      Richard W. Wieking, Clerk
                                      By: Cora Klein, Deputy Clerk

                                      *Cora Klein* (signature)