```
                                            FILED

                                         DEC 22 2010

                                       RICHARD W. WIEKING
                                     CLERK, U.S. DISTRICT COURT
                                   NORTHERN DISTRICT OF CALIFORNIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

Alan Irving Moss,

    State Bar No 68369

No CV 09 80100 MISC VRW

ORDER

_____/

    On July 28, 2010, the court issued an order to show cause (OSC) why Alan Irving Moss should not be removed from the roll of attorneys authorized to practice law before this court, based upon his disbarment by the State of California.

    The OSC was mailed to Mr Moss' address of record with the State Bar on July 28, 2010. A written response was due on or before August 20, 2010. Mr Moss did not file a response to the OSC.

    The court now orders Alan Irving Moss removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

                                                   VAUGHN R WALKER
                                                   United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

    Alan Irving Moss,

_____/

Case Number: CV09-80100 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alan Irving Moss
PO Box 721
Moss Beach, CA 94038

Dated: December 22, 2010

                                        Richard W. Wieking, Clerk
                                        By: Cora Klein, Deputy Clerk

                                        *Cora Klein* (signature)